

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-15-00328-CV

Michael **IDROGO**,
Appellant

v.

Sarah **GARRAHAN**, Et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12389
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On May 27, 2015, Michael Idrogo filed a notice of appeal. In his notice of appeal, he complains of the trial court failing to rule on his motion for default judgment. Nowhere in the notice of appeal does appellant refer to a final, appealable order signed by the trial court. *See* TEX. R. APP. P. 25.1(d); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that a judgment or order is final for purposes of appeal if it actually disposes of all pending parties and claims before the court). Nor does appellant point to an appealable interlocutory order. *See, e.g.,* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Thus, it does not appear from appellant's notice of appeal that we have jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause in writing by **June 22, 2015** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court